

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF OHIO

# CLEVELAND OHIO

| | | |
|---|---|---|
| LISA BRIDGE, | ) | CASE NO: 1:07-CV-02739-DDD |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID D. DOWD, JR. |
| | ) | |
| -vs- | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **EXTENSION OF TIME OF ALL** |
| OCWEN FEDERAL BANK, FSB, | ) | **DATES** |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

      Now comes Plaintiff, Lisa Bridge and moves this Honorable Court for an extension of time of all dates in this matter. Plaintiff requests an extension of time of all dates in this matter, including additional time to file Surreply Briefs to Defendants Motions to Dismiss. Plaintiff requests additional time as differences have arisen between the undersigned and the Plaintiff whereby the undersigned are unable to represent the Plaintiff in this matter. Plaintiff advised the undersigned that she had obtained new counsel and the undersigned forwarded their entire file to the new counsel as instructed by Plaintiff. The undersigned have since learned that Plaintiff is again looking for new counsel and therefore will need an extension of time of all dates.

This motion is not made for the purposes of delay or prejudice; it is made so that Plaintiff can obtain counsel to represent her in this matter.

WHEREFORE, Plaintiff, Lisa Bridge, prays for an extension of time of all dates in this matter.

Respectfully submitted

s/Terese M. Fennell
Andrew M. Wargo (#0058464)
Terese M. Fennell (#0070871)
2000 Illuminating Building
55 Public Square
Cleveland, Ohio 44113
Tel: (216) 861-3086
Fax: (216) 861-4409
E-Mail: AWargo@rmwlaw.us
E-Mail: TFennell@rmwlaw.us

## CERTIFICATE OF SERVICE

A copy of the foregoing was electronically filed on this 10th day of March, 2008. Notice of filing will be sent to all parties by operation of the Court's electronic filing system.

The filing was also served via regular U.S. Mail and Electronic Mail upon the following:

Lisa Bridge
9099 Fairmont Blvd.
Novelty, Ohio 44072
wwbridgeiii@sbcglobal.net
*Plaintiff*

                                              Respectfully submitted

                                              s/Terese M. Fennell
                                              Andrew M. Wargo (#0058464)
                                              Terese M. Fennell (#0070871)
                                              2000 Illuminating Building
                                              55 Public Square
                                              Cleveland, Ohio 44113
                                              Tel: (216) 861-3086
                                              Fax: (216) 861-4409
                                              E-Mail: AWargo@rmwlaw.us
                                              E-Mail: TFennell@rmwlaw.us

Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete
Documents