PEARSON, MJ.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| LISA BRIDGE, | ) | CASE NO. 1:07CV2739 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DAVID D. DOWD, JR. |
| | ) | |
| | ) | MAGISTRATE JUDGE PEARSON |
| OCWEN FEDERAL BANK FSB, et al., | ) | |
|     Defendant. | ) | |
| | ) | **REPORT AND RECOMMENDATION** |

      On September 17, 2008, District Court Judge Dowd referred this matter to the undersigned Magistrate Judge to conduct a settlement conference. *See* ECF No. 66. At the time of referral, Plaintiff's Motion to Dismiss Claims Against Defendant Aames Capital Corporation and William Bridge's Motion to Intervene were pending. *See* ECF Nos. 64 and 65. Despite diligent efforts expended by the parties over the time that has elapsed since the referral and the indulgence of Judge Dowd, the matter has not been settled.

      The undersigned, therefore, recommends termination of the referral. The parties have recently indicated an intention to seek leave of the District Court to withdraw the pending motions and oppositions with the intention of refiling more compelling ones. This report should serve as notice to counsel to direct any such motions for leave to the attention of Judge Dowd rather than the undersigned. Given the amount of time that has elapsed since the referral and recognizing the importance of the timely resolution of pending motions, this report also

(1:07cv2739)

recommends that the parties be ordered to file any such motions for leave within 10 days of the filing of this report.

### OBJECTIONS

      Objections to this Report and Recommendation must be filed with the Clerk of Courts within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order. *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also*, *Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).

February 13, 2009            */s/ Benita Y. Pearson*
Date                              Benita Y. Pearson.
                                       United States Magistrate Judge