DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Lisa Bridge, et al., | ) | |
| | ) | CASE NO. 1:07 CV 2739 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| Ocwen Federal Bank, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, the Court rules as follows upon Ocwen's motion to dismiss (ECF 98), Deutsche Bank's motion to dismiss (ECF 99), and the case in general.

1. With respect to the Second Amended Complaint (ECF 80):

    a. Federal Counts I, III, and IV are dismissed pursuant to Rule 12(b)(6), Fed. R. Civ. P. for failure to state a claim.

    b. Federal Count II is dismissed without prejudice for lack of subject matter jurisdiction.

    c. The pendent state law claims (Counts V through IX) are dismissed without prejudice.

2. Plaintiffs' Application to Clerk for Entry of Default against Defendant Aames Capital Corporation (ECF 121) is moot based upon the Court's dismissal of Count IV of the Second Amended Complaint.

3. As a consequence of the Court's disposition of the motions to dismiss and the remaining claims of the Second Amended Complaint, the Counterclaims and Third Party Complaint of Defendant Deutsche Bank National Trust Company f/k/a Bankers Trust Company

(1:07 CV 2739)

of California, N.A., as Trustee for Aames Mortgage Trust 2002-1 Mortgage Pass-Through Certificates, Series 2002-1 (ECF 100) are dismissed without prejudice; and the Plaintiffs' Counterclaim in Reply (ECF 120) is dismissed without prejudice.

Case dismissed. This is a final and appealable order.

IT IS SO ORDERED.

| | |
|---|---|
|  August 28, 2009 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |