DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LISA BRIDGE, et al., | ) |
| | ) CASE NO. 1:07-cv-02739 |
| Plaintiffs, | ) |
| | ) |
| v. | ) MEMORANDUM OPINION AND |
| | ) ORDER |
| OCWEN FEDERAL BANK FSB, et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

Before the Court is Plaintiffs' Motion to Dismiss the Counterclaims of Defendant Deutsche Bank (ECF180), Deutsche Bank's Motion for Default Judgment, Motion to Strike Plaintiffs' Motion to Dismiss Counterclaim, and Response in Opposition to Plaintiffs' Motion to Dismiss Counterclaim (ECF 181).

After careful review of Plaintiffs' Rule 12 (b) (6) motion, the Court finds it to be without merit and DENIES the motion. This renders moot Deutsche Bank's motions to strike and for default judgment.

Plaintiffs must respond to Defendant Deutsche Bank's Counterclaim by May 30, 2013. No extensions will be granted.

IT IS SO ORDERED.

Date: May 8, 2013              */s/ David D. Dowd, Jr.*
                               David D. Dowd, Jr.
                               U. S. District Judge