DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Lisa Bridge, et al., ) | |
| ) | CASE NO. 1:07 CV 2739 |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Ocwen Federal Bank, FSB, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court is plaintiffs' motion for a stay of proceedings, or in the alternative for an enlargement of time to respond to defendants' motion for summary judgment filed on the docket at ECF 273. ECF 280. Plaintiffs' motion states that they have not been served with defendants' motion and that "Plaintiffs' [sic] are not permitted to file electronically."

Plaintiffs' motion for a stay of proceedings is DENIED.

Plaintiffs' motion for an extension of time to respond to defendants' motion for summary judgment is GRANTED. Plaintiffs are granted leave until March 14, 2014 to respond to defendants' motion.

Plaintiffs state that they are not permitted to file electronically. However, Local Rule 5.1(c) provides that *pro se* plaintiffs may be granted leave to file electronically. The Court construes plaintiffs' statement as a request for leave to file electronically, and plaintiffs' request is GRANTED.

(1:07 CV 2739)

Plaintiffs are instructed to complete the *Pro Se* Applicant Electronic Filing Registration Form and to familiarize themselves with Local Rule 5.1.  It is the responsibility of *pro se* litigants to familiarize themselves and comply with both local and federal procedural rules and requirements.  After plaintiffs register for electronic filing, they will receive electronic service of all filings in this case.

The Clerk is requested to mail a copy of this Order to plaintiffs at their address of record.  The Clerk is further requested to enclose with this Order a copy of defendants' motion for summary judgment found at ECF 273, and a copy of the *Pro Se* Applicant Electronic Filing Registration Form.

      IT IS SO ORDERED.

  February 7, 2014                        *S/ David D. Dowd, Jr.*
Date                                   David D. Dowd, Jr.
                                           U.S. District Judge