DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Lisa Bridge, et al., | ) | |
| | ) | CASE NO. 1:07 CV 2739 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGMENT ENTRY |
| | ) | |
| Ocwen Federal Bank, et al., | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons contained in the memorandum opinion and order filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants' motion for summary judgment of Count I and part of Count IX of plaintiffs' third amended complaint (ECF 273) is GRANTED.

Further for the reasons contained in the memorandum opinion and order filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants' motion for summary judgment of Counts III, IV, V, VI and part of Count IX of plaintiffs' third amended complaint (ECF 233) is GRANTED.

IT IS SO ORDERED.

| | |
|---|---|
| _May 30, 2014_ | _s/David D. Dowd, Jr._ |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |